ELLEN B. CUDLIP, Respondent, *v.* THE NEW YORK EVENING JOURNAL PUBLISHING COMPANY, Appellant.

Reported below, 70 App. Div. 617.
(Argued June 9, 1902; decided June 17, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Thomas P. Wickes, James Hillhouse* and *William H. Law* for motion.

*Clarence J. Shearn* opposed.

Motion denied, with ten dollars costs.

---

LOUIS AMBERG et al., Appellants, *v.* THE MANHATTAN LIFE INSURANCE COMPANY OF NEW YORK, Respondent.

(Submitted June 9, 1902; decided June 17, 1902.)

Motion for reargument denied, without costs. (See 171 N. Y. 314.)